BRIDGET SMALL et al., respondents,

*v.*

CATHARINE PRYOR et al., appellants.

[Argued March 6th, 1907. Decided June 17th, 1907.]

On appeal from a decree of the court of chancery, advised by Vice-Chancellor Emery, whose opinion is reported in *69 N. J. Eq. (3 Robb.) 606.*

*Mr. Edward Nugent,* for the appellants.

*Mr. Patrick H. Gilhooly,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed by Vice-Chancellor Emery in the court below.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, FORT, HENDRICKSON, PITNEY, SWAYZE, REED, TRENCHARD, BOGERT, VROOM, GREEN, GRAY, DILL—13.

*For reversal*—None.